IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08-4046-01-CR-C-SOW |
| | ) | |
| AMANDA MESSER, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before the Court is a Report and Recommendation Concerning Plea of Guilty from United States Magistrate Judge William A. Knox. It is hereby

ORDERED that the plea of guilty of defendant Amanda Messer is accepted and defendant Messer is adjudged guilty. It is further

ORDERED that a presentence investigation report be prepared on defendant Messer.

        ___/s/ Scott O. Wright_____
        SCOTT O. WRIGHT
        Senior United States District Judge

Dated: _9/22/2008_____